# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **KEVIN DWIGHT BANISTER,** ) | |
| **AIS 227583,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO. 2:23-CV-30-RAH-CWB** |
| ) | |
| ) | |
| **ALABAMA DEPARTMENT** ) | |
| **OF CORRECTIONS, et. al.,** ) | |
| ) | |
| **Defendants.** | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation filed March 6, 2023, (Doc. 7), to which no objections have been filed. Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to pay the initial partial filing fee pursuant to the provisions of 28 U.S.C. § 1915(b) as ordered by this Court, (Doc. 6);

3. No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

DONE, on this the 28th day of March 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE